IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANNETTE R. PIKE,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,

        Defendant.

Civil No. 06-898-AS

ORDER

MARSH, Judge.

    Magistrate Judge Donald C. Ashmanskas filed his Findings and Recommendation on August 10, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation #33. The Commissioner's decision is AFFIRMED; this action is DISMISSED.

1 - ORDER

IT IS SO ORDERED.

DATED this  10   day of September, 2007.

                                   /s/   Malcolm F. Marsh
                                   Malcolm F. Marsh
                                   United States District Judge